**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 11-01885-CJC(RNBx)                    Date:  July 17, 2012

Title: <u>SCOT A. BLUM v. KPMG LLP, ET AL.</u>

PRESENT:

### <u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>

<u>Michelle Urie</u>                                         <u>        N/A        </u>
Deputy Clerk                                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                             None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY THE MATTER SHOULD NOT BE STAYED PENDING RESOLUTION OF A PRIOR PROCEEDING**

The Court, on its own motion, hereby orders Plaintiff to show cause why the remainder of this action should not be stayed pending resolution of *Sixty-Three Strategic Investment Funds v. United States*, No. C 05-1123 JW, which is currently before the United States District Court for the Northern District of California regarding the BLIPS transaction.  Plaintiff shall file a response to this order on or before July 31, 2012. Defendants shall file any reply on or before August 7, 2012.  The Court will thereafter take the matter under submission and will notify the parties if it believes a hearing is necessary.

jsk

MINUTES FORM 11
CIVIL-GEN                                                         Initials of Deputy Clerk MU