| | |
|---|---|
| 1 | EAGAN AVENATTI, LLP |
| | Michael Q. Eagan, Bar No. 63479 |
| 2 | meagan@eaganavenatti.com |
| | Michael J. Avenatti, Bar No. 206929 |
| 3 | mavenatti@eaganavenatti.com |
| | 450 Newport Center Drive, Second Floor |
| 4 | Newport Beach, CA 92660 |
| | Tel:   (949) 706-7000 |
| 5 | Fax:  (949) 706-7050 |
| 6 | Attorneys for Plaintiff |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SCOTT A. BLUM, | Case No.  SACV11-01885 CJC (RNB) |
| Plaintiff, | |
| vs. | **PLAINTIFF SCOTT A. BLUM'S FIFTH STATUS REPORT REGARDING THE STAY OF THIS CASE** |
| KPMG, LLP, a Delaware Limited Liability Partnership, JEFFREY STEIN, an individual, JEFFREY EISCHEID, an individual, CARL HASTING, an individual, ROBIN PAULE, an individual, and DAVID GREENBERG, an individual, | |
| Defendants. | |

# STATUS REPORT

In the Court's Order dated September 11, 2012 [Docket Entry No. 146], the Court stayed this action during the pendency of <u>Sixty-Three Strategic Investment Funds v. United States of America</u>, Case No. 3:05cv01123-RS, United States District Court for the Northern District of California. The Court further ordered that Plaintiff Scott Blum file status reports with the Court every ninety (90) days regarding the progress of the <u>Sixty-Three Strategic Investment Funds</u> action. Pursuant to the Court's Order, Plaintiff files this status report and states that Plaintiff is not aware of any developments in the <u>Sixty-Three Strategic Investment Funds</u> action that significantly impact the Court's Order staying this action. While the action was previously set for trial and summary judgment papers filed, discovery has been reopened and it is Plaintiff's understanding that those matters are being held in abeyance. A Case Management Conference is set for March 13, 2014. Plaintiff will file another status report in 90 days' time.

Dated: December 3, 2013                    EAGAN AVENATTI, LLP


                                           By:    /s/ Michael J. Avenatti
                                                  Michael J. Avenatti
                                                  Attorneys for Plaintiff

**PLAINTIFF SCOTT A. BLUM'S FIFTH STATUS REPORT**